IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SHERRY TOMASON, MAURICE BURLEY, ANTONIO POLKE, FRANK WASHINGTON, and others similarly situated,<br><br>Plaintiffs,<br><br>TAMMIE ANTHONY, ERIC COOK, GEORGE FISHER, ANTONIO GAFFNEY, MICHAEL VALDEZ GARCIA, FELICIA MARIE GILLIS, MARVIN GILLIS, JR., MICHAEL KENDRICK, BRIAN MARTIN, BRIAN MOBLEY, BRENDA MOULTRIE, NICHOLAS POLKE, LINDA POPE, FELICSA ROGERS, ORLANDO SHELL, and FELICIA WILLIAMS,<br><br>Opt-in Plaintiffs,<br>vs.<br><br>R.T. STANLEY, JR., BRIAN STANLEY, VINCE STANLEY, TRACY STANLEY, and STANLEY FARMS, LLC,<br><br>Defendants. | Civil Action<br><br>File No.: 6:13-CV-0042 |

## **MOTION TO DISMISS**

COMES NOW, R.T. Stanley, Jr., Brian Stanley, Vince Stanley, Tracy Stanley and Stanley Farms, LLC (hereinafter, collectively "Defendants"), Defendants in the above-styled action, and move this Court, pursuant to Fed. R.

Civ. P. 12(b)(6), to dismiss Count III of Plaintiffs' Complaint. As set forth fully in the attached Memorandum of Law, Plaintiffs fail to state a claim upon which relief can be granted and fail to allege sufficient facts, if accepted as true, to state a claim to relief that is plausible on its face. *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). Additionally, this Circuit does extend the protections of 42 U.S.C. § 1981 to claims involving alleged discrimination based upon national origin.

WHEREFORE, based upon the foregoing and the attached Memorandum of Law, Defendants respectfully request this Court dismiss Count III of the Complaint and grant such further relief as this Court deems just and proper.

Respectfully submitted this 13th day of May, 2013.

|  |  |
|---|---|
| WIMBERLY, LAWSON, STECKEL, <br> SCHNEIDER & STINE, P.C. <br> Suite 400, Lenox Towers <br> 3400 Peachtree Road, N.E. <br> Atlanta, Georgia 30326 <br> Phone (404)365-0900 <br> jls@wimlaw.com <br> rp@wimlaw.com <br> kjj@wimlaw.com | */s/ J. Larry Stine* <br> J. Larry Stine <br> GA Bar No. 682555 <br> Ray Perez <br> GA Bar No. 142466 <br> Kathleen J. Jennings <br> Georgia Bar No. 394862 <br> *Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SHERRY TOMASON, MAURICE BURLEY, ANTONIO POLKE, FRANK WASHINGTON, and others similarly situated, <br><br> Plaintiffs, <br><br> TAMMIE ANTHONY, ERIC COOK, GEORGE FISHER, ANTONIO GAFFNEY, MICHAEL VALDEZ GARCIA, FELICIA MARIE GILLIS, MARVIN GILLIS, JR., MICHAEL KENDRICK, BRIAN MARTIN, BRIAN MOBLEY, BRENDA MOULTRIE, NICHOLAS POLKE, LINDA POPE, FELICSA ROGERS, ORLANDO SHELL, and FELICIA WILLIAMS, <br><br> Opt-in Plaintiffs, <br><br> vs. <br><br> R.T. STANLEY, JR., BRIAN STANLEY, VINCE STANLEY, TRACY STANLEY, and STANLEY FARMS, LLC, <br><br> Defendants. | Civil Action <br><br> File No.: 6:13-CV-0042 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing **Defendants' Motion to Dismiss and Memorandum In Support** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Leah Lotto
Dawson Morton
Lisa Krisher
Georgia Legal Services Program, Inc.
Farmworker Rights Division
104 Marietta Street NW, Suite 250
Atlanta, GA 30303

This 13th day of May, 2013.

|  |  |
|---|---|
|  | */s/ J. Larry Stine* |
| WIMBERLY, LAWSON, STECKEL, | J. Larry Stine |
|   SCHNEIDER & STINE, P.C. | GA Bar No. 682555 |
| Suite 400, Lenox Towers | Ray Perez |
| 3400 Peachtree Road, N.E. | GA Bar No. 142466 |
| Atlanta, Georgia 30326 | Kathleen J. Jennings |
| Phone (404)365-0900 | Georgia Bar No. 394862 |
|  | *Counsel for Defendants* |

jls@wimlaw.com
rp@wimlaw.com
kjj@wimlaw.com

F:\Client\STANLEY FARMS\Pleadings\130513 Motion to Dismiss - FINAL.docx