UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SHERRY TOMASON, et al., and others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    6:13-cv-42 |
| R.T. STANLEY, et al., | )<br>) |
| Defendants. | )<br>)<br>) |

## ORDER

The parties have proceeded with settlement negotiations and have agreed to mediate their case. ECF No. 109. They therefore ask to extend the current stay for forty-five days. *Id.* Defendants have agreed to toll any applicable statute of limitations for the period of the stay. *Id.*

The Court **GRANTS** the Joint Motion to Extend Stay of Proceedings. The case is stayed for forty-five days from the entry of this order, during which time any applicable statute of limitations shall be tolled.

This 29 day of April, 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA