UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SHERRY TOMASON et al., and others )
similarly situated, )
)
    Plaintiffs )
)
v. )
) 6:13-cv-42
R.T. STANLEY, JR., et al., )
)
    Defendants. )
)

## ORDER

The parties in this case entered a consent judgment, which was approved by the Court. ECF No. 114. Having approved the consent order, the Court dismissed the plaintiffs' claims against the defendants with prejudice. *Id.* at 2. The Court also declined to retain jurisdiction over the consent judgment. ECF No. 116.

Therefore, the clerk is *DIRECTED* to close this case.

The 6 day of October 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA